UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERICA EARLY, ET AL.                                           CIVIL ACTION

VERSUS

COMMISIONER OF SOCIAL                            NO. 19-00461-BAJ-EWD
SECURITY

### RULING AND ORDER

Before the Court is the **Magistrate Judge's Report and Recommendation Dismissal on Court's Own Motion Under Fed. R. Civ. Proc. 41(b) (Doc. 11)** (the "Report and Recommendation") pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends that this matter be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure ("Rule") 41(b). Plaintiff has not opposed this Report and Recommendation.

The Magistrate Judge notes that while dismissal is a serious sanction, it is warranted in this case. Rule 41(b) permits dismissal by the defendant "if the plaintiff fails to prosecute or to comply with these rules or a court order." This Court also has the authority to dismiss an action for Plaintiff's failure to prosecute under Rule 41(b), as well as under its inherent authority to dismiss the action *sua sponte*.

Plaintiff filed her Complaint on or about July 16, 2019. After submitting summons to the U.S. Marshal Service to effect service, Plaintiff has not taken any action in this suit, despite adequate opportunity and a court order to do so.

On July 1, 2020, the Commissioner filed a Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction based, in part, on the fact that the Commissioner was never served. (Doc. 7). The Motion to Dismiss indicates that it was served on Plaintiff by mailing a copy to the address Plaintiff listed on the Complaint. (Doc. 7, p. 2). Plaintiff, to date, has not filed any response to the Motion to Dismiss. Pursuant to Local Civil Rule 7(e), any opposition memorandum must be filed within twenty-one days of service of a motion.

A hearing was set to be held on the Motion to Dismiss on August 14, 2020 by video conferencing. The Clerk of Court was also ordered to serve the Notice and Order setting the hearing on the Plaintiff by certified mail, return receipt requested. (Doc. 8). The certified mail return receipt shows that the hearing Notice and Order was received by "E. Early" on August 5, 2020. (Doc. 9 at pg. 2). The hearing Notice and Order advised that "[f]ailure to appear as ordered or respond may result in the dismissal of Plaintiff's claims in this matter without further notice." (Doc. 8).

The hearing took place as scheduled on August 14, 2020. Counsel for the Commissioner appeared for the hearing, but Plaintiff did not appear although the hearing was kept open for fifteen minutes. (Doc. 10). Plaintiff did not contact the Court prior to the hearing, nor has she filed anything explaining her absence from the hearing.

Plaintiff additionally failed to respond to the Report and Recommendation before the Court. The Report and Recommendation explicitly invited Plaintiff to

2

provide reasons for her failure to participate in this case and respond to court orders. (Doc. 11, p. 4). Plaintiff's overall non-responsiveness resulted in the Magistrate Judge recommending that Plaintiff's case be dismissed pursuant to Rule 41(b) in order to prevent further delay and avoid congestion in the calendars of the Court. The Magistrate Judge additionally recommends that, considering the recommendation to dismiss the case, the Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction be denied as moot.

Having independently considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's **Report And Recommendation (Doc. 11),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction be **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 25th day of November, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**